UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21058-CIV-SINGHAL

DENIS Y. CRUZ IZAGUIRRE,

    Petitioner,

v.

PAM BONDI, in her official capacity as
Attorney General of the United States, *et al.*,

    Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Motion to Dismiss for [sic] Writ of Habeas Corpus Without Prejudice (the "**Motion**"). (DE 10]). While Petitioner moves pursuant to Rule 41(a)(2) (requiring leave of court), he is entitled to dismissal as a matter of right pursuant to Rule 41(a)(1)(A)(i) because Respondents have not yet answered the Petition. *See Webb v. Jones*, 2019 WL 587920 (N.D. Fla. Jan. 10, 2019) (applying Rule 41(a)(1)(A)(i) to habeas petitions). Accordingly, having reviewed the Motion, the docket, and otherwise being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case, **DENY AS MOOT** any pending motions, and **CANCEL** all hearings and deadlines. Should Petitioner wish to re-assert his claims, and assuming no statute bars same, then he must file a new case with a new case number and notify the Clerk of Court that the new case relates to the instant matter.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of February 2026.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE